# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60099
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 6, 2015

Lyle W. Cayce
Clerk

XINCHENG AN,

Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A087 656 822

Before SMITH, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:*

Xincheng An, a native and citizen of China, petitions this court for review of the Board of Immigration Appeals' decision denying his motion to reopen his removal proceedings (he was ordered to be removed to China in 2011). He contends the BIA abused its discretion in denying his motion to reopen as untimely because he met the changed-circumstances exception due to China's enforcement of its population control policies. 8 U.S.C. § 1229a(c)(7)(C)(ii).

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-60099

Pursuant to our highly deferential review of the denial of a motion to reopen, *Zhao v. Gonzalez*, 404 F.3d 295, 303 (5th Cir. 2005), An has not shown the BIA abused its discretion in concluding the exception did not apply. *E.g., Panjwani v. Gonzales*, 401 F.3d 626, 632-33 (5th Cir. 2005).

DENIED.